# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harmon, Melinda | U. S. District Court | 07/20/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk, Suite 9114
Houston
Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/1987 | Exxon Mobil Pension Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | ExxonMobil Employment Pension | $15,825.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Partner, Crain, Caton & James Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 07/20/20 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 07/20/20 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 (H) | | | | | | | | | |
| 2. ----ExxonMobil | F | Dividend | P1 | T | | | | | |
| 3. ----Invesco Amer Franchise A | F | Dividend | O | T | Sold (part) | 03/14/18 | K | E | |
| 4. | | | | | Sold (part) | 12/13/18 | K | E | |
| 5. | | | | | | 03/16/18 | L | | |
| 6. - | | | | | Donated (part) | 03/20/18 | J | | |
| 7. | | | | | Donated (part) | 12/13/18 | L | | |
| 8. ---Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 9. IRA #2 (H) | | | | | | | | | |
| 10. ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 11. ----Invesco Amer Franchise A | D | Dividend | L | T | | | | | |
| 12. MORGAN STANLEY Active Asets Account #2 (H) | | | | | | | | | |
| 13. ----Invesco Amer Franchise A | D | Dividend | M | T | Open | 03/16/18 | L | | |
| 14. | | | | | Open | 03/20/18 | J | | |
| 15. | | | | | Open | 12/13/18 | | | |
| 16. IRA #3 (H). | | | | | | | | | |
| 17. ----Triumph Resources | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----Virtus Global Divid Income Fund | A | Dividend | J | T | Sold | 03/14/18 | J | | |
| 19. ----Invesco Amer Franchise A | D | Dividend | M | T | Sold (part) | 03/14/18 | J | A | |
| 20. | | | | | Sold (part) | 03/15/18 | J | A | |
| 21. | | | | | Sold (part) | 06/14/18 | J | D | |
| 22. | | | | | Sold (part) | 08/14/18 | J | B | |
| 23. | | | | | Sold (part) | 09/19/18 | J | C | |
| 24. | | | | | Sold (part) | 12/13/18 | J | C | |
| 25. ----Alliance Bernstein Large Cap Growth Fund, Class C | C | Distribution | K | T | Sold (part) | 03/14/18 | J | A | |
| 26. | | | | | Distributed (part) | 03/20/18 | J | | |
| 27. | | | | | Distributed (part) | 03/21/18 | J | | |
| 28. ----Alternate Investment TCG BDC II | | None | L | T | | | | | |
| 29. ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | | | | | |
| 30. MORGAN STANLEY Active Assets Account #1 (H) | B | Dividend | J | T | | | | | |
| 31. ----Alliance Bernstein Large Cap Growth Fund, Class C | A | Dividend | J | T | Open | 03/20/18 | J | | |
| 32. | A | Dividend | J | T | Open | 03/21/18 | J | | |
| 33. ----Invesco Amer Franchise A | A | Dividend | J | T | Open | 12/13/18 | J | | |
| 34. ----Morgan Stanley Bank Deposit Program | A | Interest | J | T | Open | 12/18/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 07/20/20 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | LAW FIRM 401 K PROFIT SHARING PLAN | D | Int./Div. | P1 | T | | | | | |
| 36. | REAL ESTATE, DALLAS, DALLAS COUNTY, TX PARCEL 2 | B | Rent | J | Q | | | | | |
| 37. | EXTRAORDINARY LIFE POLICY, NORTHWESTERN MUTUAL | B | Dividend | L | T | | | | | |
| 38. | NORTHWESTERN MUTUAL "65 LIFE" POLICY #1 | A | Dividend | J | T | | | | | |
| 39. | NORTHWESTERN MUTUAL "65 LIFE" POLICY #2 | A | Dividend | J | T | | | | | |
| 40. | NORTHWESTERN MUTUAL "65 LIFE" POLICY #3 | A | Dividend | J | T | | | | | |
| 41. | Brockeragge Account #1 (H) | | | | | | | | | |
| 42. | ----ABBV common | A | Dividend | J | T | | | | | |
| 43. | ----MO common | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 44. | ---CVX common | A | Dividend | J | T | | | | | |
| 45. | ----GE common | A | Dividend | | | Sold | 03/08/18 | J | | |
| 46. | ----XOM common | A | Dividend | J | T | | | J | | |
| 47. | ----JNJ common | A | Dividend | J | T | | | | | |
| 48. | ----MSFT common | A | Dividend | J | T | | | | | |
| 49. | ----PM common | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 50. | ----PG common | A | Dividend | J | T | | | | | |
| 51. | ----Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harmon, Melinda** | 5/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. ----TXN common | A | Dividend | J | T | | | | | |
| 53. ----INTC common | | | | T | | | | | |
| 54. ----MRK common | A | Dividend | J | T | | | | | |
| 55. ----UTX common | A | Dividend | J | T | Buy<br>(add'l) | 03/08/18 | J | | |
| 56. ----GOOGL common | | None | J | T | | | | | |
| 57. ----AAPL common | A | Dividend | J | T | | | | | |
| 58. ----HD common | A | Dividend | J | T | | | | | |
| 59. ----CSCO common | A | Dividend | J | T | | | | | |
| 60. ----BSM limited partership | A | Distribution | J | T | | | | | |
| 61. ----JPM | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 62. ----GIS | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 63. ----BAC | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 64. CHASE CHECKING | A | Interest | K | T | | | | | |
| 65. CHASE SAVINGS | A | Interest | K | T | | | | | |
| 66. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 67. ----XOM common | A | Dividend | K | T | | | | | |
| 68. ----Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 07/20/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BROKERAGE ACCOUNT # 3 (H) | | | | | | | | | |
| 70. ----iShares MSCI EAFE Small Cap Et | A | Dividend | J | T | | | | | |
| 71. iShaes Russ 2000 ETF | A | Dividend | J | T | | | | | |
| 72. ----iShares 3000 ETF | A | Dividend | J | T | | | | | |
| 73. ----iShares MSCI EAFE Value ETF | A | Dividend | J | T | | | | | |
| 74. ----Vanguard FTSE Dev Mkts EIF | A | Dividend | J | T | | | | | |
| 75. ----Vanguard FTSE Dev <lts ETF | A | Dividend | J | T | | | | | |
| 76. ----AB Interme Diversified Muni A | A | Dividend | J | T | | | | | |
| 77. ----Ameriican Century T/F BD C11 | A | Dividend | J | T | | | | | |
| 78. ----Amern Tax-Ex Bond of Amer A X | A | Dividend | J | T | | | | | |
| 79. ----Artisan Partners Value Fund | A | Dividend | J | T | | | | | |
| 80. ----Blackrock Natl Mun Fund CI A | A | Dividend | J | T | | | | | |
| 81. -----Franklin Fed Tax-Free Income A | A | Dividend | J | T | | | | | |
| 82. ----Invesco International Growth Y | A | Dividend | J | T | | | | | |
| 83. ----John Hancock Disciplined Val A | A | Dividend | J | T | | | | | |
| 84. ----MFS Municipal High Income A | A | Dividend | J | T | | | | | |
| 85. ----T Rowe Price Blue Chip Grw I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | 07/20/202 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   ----Tax Exempt Bond Fd Amer CI A | A | Dividend | J | T | | | | | |
| 87.   ----Thornburg Ltd Term Muni Fund A | A | Dividend | J | T | | | | | |
| 88.   ----Victory Mund Mid-Cap Core GR A | A | Dividend | J | T | | | | | |
| 89.   ----Edward Jones Cash | A | Interest | J | T | | | | | |
| 90. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts

Lines 5, 6, &7:  These entries reflect fransfers from IRA #1 to Active Assets Account #2, lines 13, 14, 15 per Required Minimum Distribution

Lines 25, 26, 27:  These entries reflect transfers from IRA #3 to Active Assets Account #1, lines 31,32, 33, 34, per Required Minimum Distributin

Line 35:  Share in ABA Retirement Profit Sharing Plan.  Participant's share is invested in the All Cap Index Equity Fund, a mutual fund and ins a self-managed account investing in Dreyfus Appreciation Mutual Fund.

Line 36:   Undivided 1/8 undivided 1/8th interest in a piece of property in Dallas, Dallas County, Texas.  Date of appraisal, December6, 1994 L

Line 53.  This stock was sold on April 21, 2017 and should not have been in the list of assets

Line 78  This asset appeared on the monthly report for June 30- July 27, 2018.  There was no explanation of its origin.

Line 86  This asset disappeared from the monthly report ending June 29, 2018.  There was no explanation for its disappearance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melinda Harmon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544